**EXHIBIT A: APE TRADES & MATCHING**

| APE Transactions | | | |
|---|---|---|---|
| Date | Trade | Shares | Price/Share |
| December 23, 2022 | SALE | 200,000 | $1.91 |
| December 28, 2022 | PURCHASE | 66,000 | $1.71 |
| December 28, 2022 | SALE | 66,000 | $1.52 |
| December 29, 2022 | PURCHASE | 500 | $1.40 |
| December 29, 2022 | PURCHASE | 2,100 | $1.40 |
| December 29, 2022 | PURCHASE | 47,400 | $1.40 |
| December 29, 2022 | SALE | 500 | $1.47 |
| December 29, 2022 | SALE | 1,400 | $1.47 |
| December 29, 2022 | SALE | 19,000 | $1.47 |
| December 29, 2022 | SALE | 29,100 | $1.47 |
| December 29, 2022 | PURCHASE | 300,000 | $1.51 |
| December 30, 2022 | PURCHASE | 500,000 | $1.39 |
| December 30, 2022 | PURCHASE | 1,000,000 | $1.41 |
| January 3, 2023 | SALE | 962,800 | $1.30 |
| February 3, 2023 | PURCHASE | 5,000,000 | $2.96 |
| February 6, 2023 | SALE | 5,000,000 | $2.89 |
| February 6, 2023 | PURCHASE | 5,800,000 | $3.18 |
| February 6, 2023 | SALE | 5,800,000 | $3.19 |
| February 13, 2023 | SALE | 2,973,400 | $2.42 |
| February 14, 2023 | SALE | 977,300 | $2.41 |
| February 14, 2023 | SALE | 488,650 | $2.40 |
| February 14, 2023 | SALE | 488,650 | $2.39 |
| February 14, 2023 | SALE | 2,965,910 | $2.40 |
| February 15, 2023 | SALE | 16,677,800 | $2.46 |
| February 15, 2023 | SALE | 879,600 | $2.46 |
| April 4, 2023 | SALE | 2,000,000 | $1.70 |
| April 4, 2023 | SALE | 1,000,000 | $1.64 |
| April 4, 2023 | SALE | 3,000,000 | $1.67 |
| April 4, 2023 | SALE | 1,000,000 | $1.80 |
| April 4, 2023 | SALE | 2,000,000 | $1.61 |
| April 4, 2023 | SALE | 1,000,000 | $1.60 |
| April 5, 2023 | SALE | 1,000,000 | $1.68 |
| April 5, 2023 | SALE | 8,385 | $1.70 |
| April 14, 2023 | SALE | 2,918,400 | $1.66 |
| April 24, 2023 | SALE | 1,500,000 | $1.54 |
| May 2, 2023 | SALE | 1,263,420 | $1.51 |
| May 3, 2023 | SALE | 955,190 | $1.52 |
| May 15, 2023 | SALE | 100,036 | $1.60 |
| May 15, 2023 | SALE | 613,111 | $1.62 |
| May 15, 2023 | SALE | 22,800 | $1.61 |
| May 15, 2023 | SALE | 500,000 | $1.63 |
| May 16, 2023 | SALE | 133,900 | $1.58 |
| May 16, 2023 | SALE | 364,047 | $1.60 |
| May 16, 2023 | SALE | 4,087,923 | $1.65 |
| May 17, 2023 | SALE | 426,868 | $1.60 |
| May 18, 2023 | SALE | 1,000,000 | $1.61 |
| May 19, 2023 | SALE | 1,000,000 | $1.60 |
| May 22, 2023 | SALE | 500,000 | $1.60 |
| May 23, 2023 | SALE | 500,000 | $1.60 |
| May 24, 2023 | SALE | 500,000 | $1.60 |
| June 1, 2023 | SALE | 1,207,946 | $1.62 |
| June 2, 2023 | SALE | 337,380 | $1.59 |
| June 5, 2023 | SALE | 1,414,000 | $1.59 |
| June 6, 2023 | SALE | 1,373,975 | $1.60 |
| June 6, 2023 | SALE | 139,122,084 | $1.58 |

**"Lowest-In/Highest-Out" Matching Steps**

| | Purchase Date | Price/Share | Sale Date | Price/Share | Matched | Match | Sub Total |
|---|---|---|---|---|---|---|---|
| 1 | Dec. 30, 2022 | $1.39 | Feb. 6, 2023 | $3.19 | 500,000 | $900,000 | $900,000 |
| 2 | Dec. 29, 2022 | $1.40 | Feb. 6, 2023 | $3.19 | 500 | $895 | $900,895 |
| 3 | Dec. 29, 2022 | $1.40 | Feb. 6, 2023 | $3.19 | 2,100 | $3,759 | $904,654 |
| 4 | Dec. 29, 2022 | $1.40 | Feb. 6, 2023 | $3.19 | 47,400 | $84,846 | $989,500 |
| 5 | Dec. 30, 2022 | $1.41 | Feb. 6, 2023 | $3.19 | 1,000,000 | $1,780,000 | $2,769,500 |
| 6 | Dec. 29, 2022 | $1.51 | Feb. 6, 2023 | $3.19 | 300,000 | $504,000 | $3,273,500 |
| 7 | Dec. 28, 2022 | $1.71 | Feb. 6, 2023 | $3.19 | 66,000 | $97,680 | $3,371,180 |
| 8 | Feb. 3, 2023 | $2.96 | Feb. 6, 2023 | $3.19 | 3,884,000 | $893,320 | **$4,264,500** |

**APE Short Swing Trading Profit: $4,264,500**