# EXHIBIT B: AMC Stock and Option Transactions

| Date | Transaction | 16(b) Treatment | AMC Shares or Underlying Option Shares | Price/Share (Stock) or Closing Price | Reported Price (Stock) | Reported Price (Deriv.) |
|---|---|---|---|---|---|---|
| 12/28/2022 | Purchase of $6 put, exp 6/15/2023 | SALE | 11,398,800 | $3.84 | | |
| 12/30/2022 | Purchase of $8 call, exp 4/20/2023 | PURCHASE | 3,000,000 | $4.07 | | |
| 12/30/2022 | Purchase of $7 call, exp 6/15/2023 | PURCHASE | 1,500,000 | $4.07 | | |
| 1/3/2023 | Purchase of $7 call, exp 3/20/2023 | PURCHASE | 2,500,000 | $3.93 | | |
| 2/3/2023 | Purchase of $7 call, exp 3/16/2023 | PURCHASE | 1,000,000 | $6.08 | | |
| 2/6/2023 | Purchase of $6 put, exp 3/16/2023 | SALE | 2,000,000 | $6.23 | | |
| 2/6/2023 | Purchase of $5 put, exp 3/16/2023 | SALE | 3,891,500 | $6.80 | | |
| 2/10/2023 | Sale of AMC Class A Common | SALE | 3,638,989 | $4.79 | $4.79 | |
| 2/13/2023 | Sale of AMC Class A Common | SALE | 671,633 | $4.68 | $4.72 | |
| 2/13/2023 | Sale of AMC Class A Common | SALE | 401,589 | $4.66 | $4.66 | |
| 2/14/2023 | Sale of AMC Class A Common | SALE | 287,789 | $4.50 | $4.56 | |
| 2/23/2023 | Sale of $3 put, exp 3/17/2023 | PURCHASE | 7,099,400 | $6.23 | | $0.24 |
| 2/23/2023 | Sale of $3 put, exp 3/17/2023 | PURCHASE | 314,600 | $6.23 | | $0.24 |
| 2/23/2023 | Sale of $5 put, exp 4/21/2023 | PURCHASE | 475,400 | $6.23 | | $2.05 |
| 2/23/2023 | Sale of $6 put, exp 3/16/2023 | PURCHASE | 2,000,000 | $6.23 | | $1.88 |
| 2/23/2023 | Sale of $5 put, exp 3/16/2023 | PURCHASE | 3,891,500 | $6.23 | | $0.92 |
| 2/24/2023 | Sale of $6 put, exp 4/21/2023 | PURCHASE | 2,721,800 | $6.20 | | $2.77 |
| 2/24/2023 | Sale of $6 put, exp 4/21/2023 | PURCHASE | 549,100 | $6.20 | | $2.77 |
| 2/27/2023 | Sale of $6 put, exp 6/15/2023 | PURCHASE | 625,500 | $7.61 | | $2.77 |
| 2/27/2023 | Sale of $2 put, exp 3/17/2023 | PURCHASE | 943,900 | $7.61 | | $0.05 |
| 2/27/2023 | Sale of $6 put, exp 6/15/2023 | PURCHASE | 7,773,300 | $7.61 | | $2.77 |
| 2/27/2023 | Sale of $2 put, exp 3/17/2023 | PURCHASE | 228,100 | $7.61 | | $0.05 |
| 2/28/2023 | Sale of $6 put, exp 6/15/2023 | PURCHASE | 2,990,000 | $7.14 | | $2.78 |
| 2/28/2023 | Sale of $2 put, exp 3/17/2023 | PURCHASE | 7,000,000 | $7.14 | | $0.04 |
| 3/3/2023 | Sale of $8 call, exp 4/20/2023 | SALE | 3,000,000 | $6.58 | | $0.52 |
| 3/6/2023 | Sale of $7 call, exp 3/16/2023 | SALE | 1,000,000 | $6.25 | | $0.37 |
| 3/6/2023 | Sale of $7 call, exp 3/20/2023 | SALE | 2,500,000 | $6.25 | | $0.40 |
| 3/6/2023 | Sale of $7 call, exp 6/15/2023 | SALE | 1,500,000 | $6.25 | | $0.86 |
| 3/8/2023 | Sale of $6 put, exp 6/16/2023 | PURCHASE | 877,400 | $5.84 | | $2.59 |
| 3/16/2023 | Purchase of $2 put, exp 5/19/2023 | SALE | 1,000,000 | $4.39 | | $0.34 |
| 3/16/2023 | Purchase of $2 put, exp 4/21/2023 | SALE | 2,000,000 | $4.39 | | $0.11 |
| 3/31/2023 | Purchase of $2 put, exp 4/21/2023 | SALE | 1,221,500 | $5.01 | | $0.08 |
| 3/31/2023 | Purchase of $3 put, exp 4/28/2023 | SALE | 6,558,800 | $5.01 | | $0.39 |
| 3/31/2023 | Purchase of $2.99 put, exp 4/21/2023 | SALE | 1,150,000 | $5.01 | | $0.13 |
| 3/31/2023 | Purchase of $2.1 put, exp 4/21/2023 | SALE | 125,000 | $5.01 | | $0.07 |
| 3/31/2023 | Purchase of $2 put, exp 4/28/2023 | SALE | 8,918,000 | $5.01 | | $0.17 |
| 3/31/2023 | Purchase of $2 put, exp 4/21/2023 | SALE | 412,000 | $5.01 | | $0.08 |
| 3/31/2023 | Purchase of $2 put, exp 4/21/2023 | SALE | 252,200 | $5.01 | | $0.07 |
| 3/31/2023 | Purchase of $3 put, exp 4/21/2023 | SALE | 252,200 | $5.01 | | $0.19 |
| 3/31/2023 | Purchase of $2 put, exp 4/21/2023 | SALE | 747,800 | $5.01 | | $0.07 |
| 3/31/2023 | Purchase of $3 put, exp 4/21/2023 | SALE | 747,800 | $5.01 | | $0.07 |
| 4/3/2023 | Sale of AMC Class A Common | SALE | 750,000 | $5.11 | $3.95 | |
| 4/4/2023 | Sale of AMC Class A Common | SALE | 50,000 | $3.91 | $3.72 | |
| 4/4/2023 | Purchase of $5 put, exp 4/21/2023 | SALE | 504,500 | $3.91 | | |
| 4/4/2023 | Purchase of $4 put, exp 4/21/2023 | SALE | 754,000 | $3.91 | | |
| 4/4/2023 | Purchase of $3.5 put, exp 4/14/2023 | SALE | 1,400,000 | $3.91 | | |
| 4/4/2023 | Purchase of $3.5 put, exp 4/21/2023 | SALE | 941,500 | $3.91 | | |
| 4/4/2023 | Purchase of $3 put, exp 4/21/2023 | SALE | 1,400,000 | $3.91 | | |
| 4/25/2023 | Sale of $6 put, exp 6/16/2023 | PURCHASE | 318,700 | $5.15 | | $2.25 |
| 5/4/2023 | Sale of $6 put, exp 6/16/2023 | PURCHASE | 637,400 | $5.92 | | $1.27 |
| 5/4/2023 | Sale of $6 put, exp 6/16/2023 | PURCHASE | 1,275,000 | $5.92 | | $1.33 |
| 6/1/2023 | Purchase of $3 put; exp 8/18/2023 | SALE | 953,200 | $4.55 | | $0.64 |
| 6/1/2023 | Purchase of $3 put; exp 8/18/2023 | SALE | 953,200 | $4.55 | | $0.67 |
| 6/1/2023 | Purchase of $4 put, exp 8/18/2023 | SALE | 1,906,400 | $4.55 | | $1.27 |
| 6/2/2023 | Purchase of $3 put, exp 9/15/2023 | SALE | 1,906,400 | $4.55 | | $0.81 |
| 6/2/2023 | Purchase of $4 put, exp 9/15/2023 | SALE | 1,906,400 | $4.55 | | $1.56 |
| 6/6/2023 | Purchase of $2 put, exp 8/18/2023 | SALE | 4,766,000 | $4.64 | | $0.25 |