**EXHIBIT C: Maximum Profits Calculated From Matching AMC Transactions by Reference to Market (Closing) AMC Price**

*Per SEC Rule 16b-6(c)(2)*

| | Matched Purchase Date | Matched Purchase | Purch Price (AMC Closing) | Matched Sale Date | Matched Sale | Sale Price (AMC Closing) | Shares Matched | Profit From Match |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/3/2023 | Purchase of $7 call, exp 3/20/2023 | $3.93 | 2/6/2023 | Purchase of $5 put, exp 3/16/2023 | $6.80 | 2,500,000 | $7,175,000 |
| 2 | 12/30/2022 | Purchase of $8 call, exp 4/20/2023 | $4.07 | 2/6/2023 | Purchase of $5 put, exp 3/16/2023 | $6.80 | 1,391,500 | $3,798,795 |
| 3 | 12/30/2022 | Purchase of $8 call, exp 4/20/2023 | $4.07 | 3/3/2023 | Sale of $8 call, exp 4/20/2023 | $6.58 | 1,608,500 | $4,037,335 |
| 4 | 12/30/2022 | Purchase of $7 call, exp 6/15/2023 | $4.07 | 3/3/2023 | Sale of $8 call, exp 4/20/2023 | $6.58 | 1,391,500 | $3,492,665 |
| 5 | 12/30/2022 | Purchase of $7 call, exp 6/15/2023 | $4.07 | 3/6/2023 | Sale of $7 call, exp 3/16/2023 | $6.25 | 108,500 | $236,530 |
| 6 | 4/25/2023 | Sale of $6 put, exp 6/16/2023 | $5.15 | 3/6/2023 | Sale of $7 call, exp 3/16/2023 | $6.25 | 318,700 | $350,570 |
| 7 | 3/8/2023 | Sale of $6 put, exp 6/16/2023 | $5.84 | 3/6/2023 | Sale of $7 call, exp 3/16/2023 | $6.25 | 572,800 | $234,848 |
| 8 | 3/8/2023 | Sale of $6 put, exp 6/16/2023 | $5.84 | 3/6/2023 | Sale of $7 call, exp 3/20/2023 | $6.25 | 304,600 | $124,886 |
| 9 | 5/4/2023 | Sale of $6 put, exp 6/16/2023 | $5.92 | 3/6/2023 | Sale of $7 call, exp 3/20/2023 | $6.25 | 637,400 | $210,342 |
| 10 | 5/4/2023 | Sale of $6 put, exp 6/16/2023 | $5.92 | 3/6/2023 | Sale of $7 call, exp 3/20/2023 | $6.25 | 1,275,000 | $420,750 |
| 11 | 2/3/2023 | Purchase of $7 call, exp 3/16/2023 | $6.08 | 3/6/2023 | Sale of $7 call, exp 3/20/2023 | $6.25 | 283,000 | $48,110 |
| 12 | 2/3/2023 | Purchase of $7 call, exp 3/16/2023 | $6.08 | 3/6/2023 | Sale of $7 call, exp 6/15/2023 | $6.25 | 717,000 | $121,890 |
| 13 | 2/24/2023 | Sale of $6 put, exp 4/21/2023 | $6.20 | 3/6/2023 | Sale of $7 call, exp 6/15/2023 | $6.25 | 783,000 | $39,150 |
| 14 | 2/24/2023 | Sale of $6 put, exp 4/21/2023 | $6.20 | 2/6/2023 | Purchase of $6 put, exp 3/16/2023 | $6.23 | 1,938,800 | $58,164 |
| 15 | 2/24/2023 | Sale of $6 put, exp 4/21/2023 | $6.20 | 2/6/2023 | Purchase of $6 put, exp 3/16/2023 | $6.23 | 61,200 | $1,836 |

**TOTAL $20,350,871**