## EXHIBIT D: RULE 16B-6(d) Option Writings & Expirations

| Date | Transaction | Number of Underlying AMC Shares |
|---|---|---|
| 1/24/2023 | Writing/Sale of $6 Call, exp. 2/9/2023 | 3,000,000 |
| 1/25/2023 | Writing/Sale of $6 Call, exp. 2/9/2023 | 1,000,000 |
| 1/26/2023 | Writing/Sale of $6 Call, exp. 2/9/2023 | 1,210,000 |
| **2/9/2023** | **Expiration of $6 Call, written 1/24, 1/25, 1/26** | **5,210,000** |

| Date | Transaction | Number of Underlying AMC Shares |
|---|---|---|
| 1/27/2023 | Writing/Sale of $4 Put, exp. 2/13/2023 | 3,790,800 |
| **2/13/2023** | **Expiration of $4 Put, written 2/13/2023** | **3,790,800** |

| Date | Transaction | Number of Underlying AMC Shares |
|---|---|---|
| 1/27/2023 | Writing/Sale of $3 Put, exp 2/21/2023 | 3,350,000 |
| 2/21/2023 | Expiration of $3 Put, written 1/27/2023 | 3,350,000 |
|  |  |  |
| 1/26/2023 | Writing/Sale of $4 Put, exp 2/21/2023 | 3,400,000 |
| 1/27/2023 | Writing/Sale of $4 Put, exp 2/21/2023 | 8,750,000 |
| **2/21/2023** | **Expiration of $4 Put, written 2/21/2023** | **12,150,000** |

| Date | Transaction | Number of Underlying AMC Shares |
|---|---|---|
| 2/3/2023 | Writing/sale of $7 Call, exp 3/17/2023 | 2,500,000 |
| **3/17/2023** | **Expiration of $7 Call, writrten 2/3/2023** | **2,500,000** |

| Date | Transaction | Number of Underlying AMC Shares |
|---|---|---|
| 4/14/2023 | Writing/Sale of $5 Call, exp 4/21/2023 | 1,000,000 |
| **4/21/2023** | **Expiration of $5 Call, written 4/14/2023** | **988,700** |