# EXHIBIT E: TOTAL RETURN SWAPS

| | TRS Entry Date; 16(b) Trans. Date | 16(b) Treatment | Referenced AMC Stock | TRS Settlement Date | TRS Price | AMC Closing Price (at TRS Entry) |
|---|---|---|---|---|---|---|
| 1 | 12/28/22 | Sale | 10,480,581 | 12/28/2023 | $3.84 | $3.84 |
| 2 | 12/28/22 | Sale | 360,000 | 12/28/2023 | $3.94 | $3.84 |
| 3 | 12/30/2022 | Sale | 360,000 | 12/30/2023 | $3.94 | $4.07 |
| 4 | 12/30/2022 | Sale | 640,000 | 12/30/2023 | $4.07 | $4.07 |
| 5 | 1/3/2023 | Sale | 845,000 | 1/3/2024 | $3.93 | $3.93 |
| 6 | 1/11/2023 | Sale | 500,000 | 1/11/2024 | $4.72 | $4.92 |
| 7 | 2/2/2023 | Sale | 1,000,000 | 2/2/2024 | $6.08 | $6.08 |
| 8 | 2/3/2023 | Purchase | 2,000,000 | 2/3/2024 | $6.08 | $6.08 |
| 9 | 4/3/2023 | Sale | 400,000 | 4/3/2024 | $3.82 | $5.11 |