**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――X
DENNIS J. DONOGHUE and
MARK RUBENSTEIN,

        Plaintiffs,

     v.                                                                           No. 1:23-cv-04985 (JHR)(VF)

AMC ENTERTAINMENT HOLDINGS, INC.,           **STIPULATION AND**
                                                                                   **PROPOSED ORDER**
        Nominal Defendant,

and

ANTARA CAPITAL MASTER FUND L.P.,
ANTARA CAPITAL FUND GP L.L.C.,
ANTARA CAPITAL L.P.,
ANTARA CAPITAL GP L.L.C. and
HUMANSHU GULATI,

        Defendants.
―――――――――――――――――――――――X

      Plaintiffs Dennis J. Donoghue and Mark Rubenstein, nominal defendant AMC Entertainment Holdings, Inc. ("AMC"), and defendants Antara Capital Master Fund, L.P., Antara Capital Fund GP L.L.C., Antara Capital L.P., Antara Capital GP L.L.C., and Himanshu Gulati (the "Antara Defendants"), by their respective undersigned counsel, hereby state as follows:

      WHEREAS, Plaintiffs filed the First Amended Complaint (ECF No. 4) in this action in this Court on July 19, 2023; and

      WHEREAS, the Antara Defendants agreed to accept service of the summons and First Amended Complaint through their attorneys on July 31, 2023; and

      WHEREAS, AMC agreed to accept service of the summons and First Amended Complaint through its attorneys on August 1, 2023; and

WHEREAS, in exchange for agreeing to accept service of summons of the First Amended Complaint without requiring Plaintiffs to formally serve, Plaintiffs, AMC, and the Antara Defendants have agreed to an extension of the time for AMC and the Antara Defendants to file any response to the First Amended Complaint in this case; and

WHEREAS, Plaintiffs, AMC, and the Antara Defendants acknowledge that such extension will serve the interests of judicial economy and will conserve the time, money, and resources of all parties;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that nominal defendant AMC and the Antara Defendants shall not be required to file any response to the First Amended Complaint in this case until September 29, 2023.

*[Remainder of page intentionally blank]*

Dated: New York, New York
August 1, 2023

DAVID LOPEZ, ESQ.

By: _____
David Lopez, Esq. DL-6779
171 Edge of Woods Road,
P.O. Box 323
Southampton, New York 11968
DavidLopezEsq@aol.com

*Co-Counsel for Plaintiffs Dennis J. Donoghue and Mark Rubenstein*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Kaitlin Shapiro
Douglas A. Rappaport
Kaitlin D. Shapiro
One Bryant Park
New York, NY 10036
darappaport@akingump.com
kshapiro@akingump.com

*Counsel for Antara Defendants*

MIRIAM TAUBER LAW PLLC

By: _____
Miriam Tauber, Esq. (MT-1979)
885 Park Ave. #2A
New York, New York 10075
MiriamTauberLaw@gmail.com

*Co-Counsel for Plaintiffs Dennis J. Donoghue and Mark Rubenstein*

WEIL, GOTSHAL & MANGES LLP

By: /s/ Miranda Schiller
Miranda Schiller
767 Fifth Avenue
New York, New York 10153
Miranda.schiller@weil.com

*Counsel for AMC*

So Ordered:

_____
*Honorable Jennifer H. Rearden USDJ*

3

Dated: New York, New York
August 1, 2023

| | |
|---|---|
| DAVID LOPEZ, ESQ.<br><br>By: _____<br>David Lopez, Esq. DL-6779<br>171 Edge of Woods Road,<br>P.O. Box 323<br>Southampton, New York 11968<br>DavidLopezEsq@aol.com<br><br>*Co-Counsel for Plaintiffs Dennis J. Donoghue and Mark Rubenstein* | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: _____<br>Douglas A. Rappaport<br>Kaitlin D. Shapiro<br>One Bryant Park<br>New York, NY 10036<br>darappaport@akingump.com<br>kshapiro@akingump.com<br><br>*Counsel for Antara Defendants* |
| MIRIAM TAUBER LAW PLLC<br><br>By: _____<br>Miriam Tauber, Esq. (MT-1979)<br>885 Park Ave. #2A<br>New York, New York 10075<br>MiriamTauberLaw@gmail.com<br><br>*Co-Counsel for Plaintiffs Dennis J. Donoghue and Mark Rubenstein* | WEIL, GOTSHAL & MANGES LLP<br><br>By: _____<br>Miranda Schiller<br>767 Fifth Avenue<br>New York, New York 10153<br>Miranda.schiller@weil.com<br><br>*Counsel for AMC* |

So Ordered:

_____
*Honorable Jennifer H. Rearden USDJ*

3