UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS J. DONOGHUE, and
MARK RUBENSTEIN,

          Plaintiffs,

-v-

ANTARA CAPITAL MASTER FUND LP,
ANTARA CAPITAL FUND GP LLC,
ANTARA CAPITAL LP,
ANTARA CAPITAL GP LLC, and
HIMANSHU GULATI,

          Defendants,

and

AMC ENTERTAINMENT HOLDINGS, INC.,

          Nominal Defendant.

Case No. 1:23-cv-04985-JHR

Application GRANTED. Attorney Miranda S. Schiller is terminated as counsel in this action. SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: January 19, 2024

### NOTICE OF WITHDRAWAL OF APPEARANCE OF MIRANDA S. SCHILLER AND [PROPOSED] ORDER

Counsel for Nominal Defendant AMC Entertainment Holdings, Inc. ("AMC") respectfully withdraws the appearance of Miranda S. Schiller in the above-captioned matter because she has retired from the law firm of Weil, Gotshal & Manges LLP. AMC further requests that Ms. Schiller's name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filings addressed to miranda.schiller@weil.com, and that Ms. Schiller's name be removed from any applicable service lists.

No other attorney is withdrawing his or her appearance by this notice. Weil, Gotshal & Manges LLP will continue to serve as counsel for AMC.

Dated: January 18, 2024  
       New York, New York

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

/s/ *Joshua S. Amsel*  
Joshua S. Amsel  
767 Fifth Avenue  
New York, NY 10153  
Telephone: 212-310-8000

*Counsel for Nominal Defendant AMC Entertainment Holdings, Inc.*

SO ORDERED:

_____  
Hon. Jennifer H. Rearden

Dated: _____

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                /s/ *Joshua S. Amsel*